

# Court of Appeals
## Sixth Appellate District of Texas

### J U D G M E N T

City National Bank of Sulphur Springs, Appellant

No. 06-15-00013-CV          v.

John Alexander Smith, Appellee

Appeal from the 62nd District Court of Hopkins County, Texas (Tr. Ct. No. CV 40681). Opinion delivered by Chief Justice Morriss, Justice Moseley and Justice Burgess participating.

As stated in the Court's opinion of this date, we find reversible error in the judgment of the court below. Therefore, we reverse the judgment of the trial court and render a take-nothing judgment in favor of the Appellant.

We further order that the appellee, John Alexander Smith, pay all costs of this appeal.

RENDERED MAY 4, 2016
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk